# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| GERALD PATRICK LAVIN, | Civil Action No. 1:13-cv-2423 DCN |
| Plaintiff, | |
| vs. | **ORDER** |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

The above referenced Social Security case is before this court upon plaintiff's motion for attorney fees. Plaintiff filed this petition on May 8, 2014. Defendant filed a response on May 13, 2014, stating that the parties agreed to an award of $3,887.84 in attorneys fees and $350.00 for costs and expenses under the Equal Access to Justice Act ("EAJA").

**IT IS THEREFORE ORDERED** that the motion for attorney's fees is **GRANTED** in the amount of $3,887.84 in attorney fees and $350.00 for costs and expenses under EAJA.

**AND IT IS SO ORDERED**.

David C. Norton
United States District Judge

May 21, 2014
Charleston, South Carolina